AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    Richmond Division

| Noel Bralley, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:10CV138 |
| Mark A. Carey, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Mark A. Carey
The Law Offices of Mark A. Carey, P.C.
338 Harris Hill, #100
Williamsville, NY 14221

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Name of clerk of court

Date: __MAR 0 5 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia   Richmond Division

| Noel Bralley, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:10CV138 |
| Mark A. Carey, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

The Law Offices of Mark A. Carey, P.C.
c/o Rebecca Rohan, Registered Agent
94 Heritage East
Williamsville, NY 14221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
Name of clerk of court

Date: MAR 0 5 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia   Richmond Division

| | |
|---|---|
| Noel Bralley, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.  3:10CV138 |
| Mark A. Carey, et al. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

FFD Resources III, LLC, d/b/a PaydayServices.com
c/o Office of the Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, Virginia 23219

A lawsuit has been filed against you.

    Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Name of clerk of court

Date: __MAR 0 5 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*