**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,

    Plaintiffs,

v.                                                                                    Case No. 3:10-cv-138-REP

MARK A. CAREY, *et al*.

    Defendants.

## FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1(A) of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for The Law Offices of Mark A. Carey, P.C. certifies that there is nothing to report under Local Rule 7.1(A)(1)(a) or (b).

        Respectfully Submitted,

        THE LAW OFFICES OF
        MARK A. CAREY, P.C.

    /s/ Robert R. Musick
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of April 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties entitled to receive such notice, including the following:

>Dale W. Pittman, Esq.
>The Law Offices of Dale W. Pittman, P.C.
>The Eliza Spottswood House
>112-A West Tabb Street
>Petersburg, VA 23803

   /s/ Robert R. Musick
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Mark A. Carey and The Law Offices of Mark A. Carey P.C.*