AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Bralley, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:10-cv-00138-REP |
| Carey, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark A. Carey and the Law Offices of Mark A. Carey

Date: 04/01/2010

*Attorney's signature*

Mark R. Colombell, VSB 48183
*Printed name and bar number*

ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219

*Address*

mcolombell@t-mlaw.com
*E-mail address*

(804) 698-6251
*Telephone number*

(804) 780-1813
*FAX number*