IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOEL BRALLEY,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:10cv138

MARK A. CAREY,
et al.,

    Defendants.

### ORDER

Having reviewed the MOTION FOR EXTENSION OF TIME (Docket No. 6), and there being no objection by the plaintiffs, it is hereby ORDERED that the motion is granted. It is further ORDERED that the defendants, Mark A. Carey, individually and The Law Offices of Mark A. Carey, P.C. shall file their Answers and any other motions with respect to the Complaint by April 16, 2010. It is so ORDERED.

                                                    /s/        REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: April 2, 2010