

RECEIVED

2010 MAY 10 A 11: 25

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,

        Plaintiffs,

v.                              Civil Action No. 3:10cv138

MARK A. CAREY, et al.,

        Defendant.

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Noel Bralley, Carolyn Bralley, and Braxton Bralley, by counsel, hereby stipulates that all the charges and complaints raised against Defendant FFD Resources III, LLC, d/b/a PaydayServices.com, in this action should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED and DECREED that this action is hereby dismissed with prejudice as to Defendant FFD Resources III, LLC, d/b/a PaydayServices.com only.

Dated: __May 10, 2010__                    /s/ _REP_
                                                        United States District Court Judge
                                                        Robert E. Payne

Stipulated to by:

By: Dale W. Pittman, VSB#15673
Counsel for Plaintiffs
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com