

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOEL BRALLEY,
et al.,

    Plaintiffs,

v.                         Civil Action No. 3:10cv138

MARK A. CAREY,
et al.,

    Defendants.

### ORDER

Having considered the MOTION FOR JUDGMENT ON SETTLEMENT AND MEMORANDUM IN SUPPORT OF MOTION (Docket No. 12), it is hereby ORDERED that, on November 5, 2010 at 2:00 p.m., the Court will hear evidence in support of the motion and, to that end, it is ORDERED that Robert R. Musick, Esquire, Dale W. Pittman, Esquire and Mark A. Carey, Esquire shall attend the hearing and shall testify on the issues raised by the motion.

Because counsel shall testify, it will be necessary that they arrange for other counsel to represent their respective clients at the hearing.

Counsel are instructed to review applicable decisions of the United States Court of Appeals for the Fourth Circuit and of this Court in preparation for the hearing.

It is so ORDERED.

                                      /s/     REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: October 14, 2010