IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOEL BRALEY,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:10cv138

MARK A. CAREY,
et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the MOTION FOR JUDGMENT ON SETTLEMENT (Docket No. 12) is granted. The Clerk shall enter judgment in favor of the plaintiffs against the defendants, Mark A. Carey and The Law Offices of Mark A. Carey, P.C., jointly and severally in the amount of $15,000.00 together with interest thereon at the rate of 0.22 percent (0.22%) per annum from November 12, 2010 until paid.

    It is so ORDERED.

                                         /s/
                               Robert E. Payne
                               Senior United States District Judge

Richmond, Virginia
Date: November 12, 2010