AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF ----------------Virginia--------------------
Richmond Division

Carolyn Bralley, et al.,

    Plaintiff,

v.

                                  **JUDGMENT IN A CIVIL CASE**

Mark A. Carey, et al.,                       Case number: 3:10CV138

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiffs against the defendants, Mark A. Carey, and The Law Offices of Mark A. Carey, P.C., jointly and severally in the amount of $15,000.00 together with interest thereon at the rate of 0.22 percent (0.22%) per annum from November 12, 2010 until paid.**

November 12, 2010                                       FERNANDO GALINDO,
Date                                                       Clerk

                                                          *C. McCracken* (signature)

                                                       (By) Deputy Clerk