

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOEL BRALLEY,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:10cv138

MARK A. CAREY,
et al.,

    Defendants.

### ORDER

Having reviewed the PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY (Docket No. 21), and the MOTION FOR ENTRY OF AN ORDER COMPELLING PLAINTIFFS' COUNSEL TO SERVE ALL FUTURE DOCUMENTS ON THE DEFENDANTS, OR IN THE ALTERNATIVE, A MOTION TO WITHDRAW (Docket No. 22), and finding that Robert R. Musick, Mark R. Colombell, and the law firm of ThompsonMcMullan, P.C. were retained only to represent the defendant in proceedings on the merits and not in post-judgment efforts to collect the judgment, it is hereby ORDERED that the MOTION FOR ENTRY OF AN ORDER COMPELLING PLAINTIFFS' COUNSEL TO SERVE ALL FUTURE DOCUMENTS ON THE DEFENDANTS, OR IN THE ALTERNATIVE, A MOTION TO WITHDRAW (Docket No. 22) is granted and Robert R. Musck, Mark R. Colombell and the law firm of ThompsonMcMullan, P.C. shall be considered no further to be counsel of record in this action; and it is ORDERED that the PLAINTIFFS'

MOTION TO COMPEL DISCOVERY (Docket No. 21) is denied without prejudice to the filing thereto and the service on the defendant, Mark A. Carey.

It is so ORDERED.

                                              /s/ *REP*
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: January 18, 2011