SUBMMG

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:11-mi-00002-WBH -ECS

Bralley v. Carey
Assigned to: Judge Willis B. Hunt, Jr
Referred to: Magistrate Judge E. Clayton Scofield, III
Case in other court: USDC ED VA, 3:10cv00138RFP
Cause: FRCP 45(b) Motion to quash or modify subpoena

Date Filed: 01/05/2011
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

Noel Bralley

V.

**Defendant**

Mark A. Carey

**Movant**

Vandenberg, Chase and Associates, LLC

represented by John C. Forbes
Law Offices of Mark A. Carey, P.C.
Suite 1500
6 Concourse Parkway
Atlanta, GA 30328
678-341-5550
Email: attorneyforbes@msn.com
*ATTORNEY TO BE NOTICED*

EXHIBIT E

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2011 | 1 | MOTION to Quash Subpoena to Produce Documents, Information or Objections or to Permit Inspection of Premises in Civil Action; and, MOTION for Sanctions with Memorandum In Support by Vandenberg, Chase and Associates, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Memorandum In Support, # 4 Civil Cover Sheet)(eop) (Entered: 01/07/2011) |
| 01/05/2011 | | Filing Fee Paid: $ 39.00, receipt number 31462 (eop) (Entered: 01/07/2011) |
| 01/07/2011 | | Submission of 1 MOTION to Quash Subpoena to Produce Documents, Information or Objections or to Permit Inspection of Premises in Civil Action; and MOTION for Sanctions, submitted to Magistrate Judge E. Clayton Scofield. (eop) (Entered: 01/07/2011) |

| PACER Service Center | |

| Transaction Receipt ||||
|---|---|---|---|
| 01/09/2011 17:39:26 ||||
| PACER Login: | ks0203 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:11-mi-00002-WBH - ECS |
| Billable Pages: | 1 | Cost: | 0.08 |