**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| NOEL BRALLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. 3:10cv138-REP-DWD |
| ) | |
| MARK A. CAREY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) on Plaintiffs' motion to compel post-judgment discovery (Docket No. 32). The Plaintiffs have briefed the motion, but the Defendants have failed to file a response thereto, the deadline for which has passed. Accordingly, the motion is hereby GRANTED, and Defendants Mark A. Carey and The Law Offices of Mark A. Carey, P.C. are hereby ORDERED to respond to Plaintiffs' first set of post-judgment interrogatories and requests for production of documents within twenty-one (21) days of the date of this Order. Moreover, Defendants Mark A. Carey and The Law Offices of Mark A. Carey, P.C. are ORDERED to pay to Plaintiffs all attorney's fees and costs incurred in pursuit of this motion, subject to an affidavit of counsel to be filed by Plaintiffs upon Defendants' compliance herewith.

Let the Clerk file this Order electronically and transmit a copy to Defendants by registered mail to each of their last-known addresses of record, as indicated in the Plaintiffs' certificate of service of the motion to compel (Docket No. 32 at 6).

It is so ordered.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: March 22, 2011