1360 Hampton Hall Road
Atlanta, Georgia 30319
July 7, 2011

Clerk, United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219



Re: <u>Noel Bralley, et al. v. Mark A. Carey, et al.</u>; Civil Action No. 3:10-CV-00138-REP-DWD in the United States District Court for the Eastern District of Virginia, Richmond Division

Dear Sir or Madam:

Earlier this month I was served here in Georgia with a purported Order entered by the Court in the above-referenced action. As an initial matter, I apologize to this Court for any difficulty my relocating to Georgia has caused. It was my understanding that this case was over.

Please note that this is the first correspondence I have received in this matter. My address is 1360 Hampton Hall Drive, N. E., Atlanta, Georgia, 30319. Prior to that, I have not had a permanent address.

I was surprised by some of the content of the Order. I have not been attempting to evade or avoid service in this matter. Mr. Pittman has known how to reach me for quite some time now as he has my cell number and has called me in Georgia on at least two occasions but left no message. I fear there may have been a misrepresentation made to the Court.

I will gladly respond to whatever documents Mr. Pittman has for me and would request, respectfully, that they be sent to me at the above address.

Should you have any questions, please call me at (716) 880-0747.

Clerk, United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

1360 Hampton Hall Road
Atlanta, Georgia 30319

1360 Hampton Hall Road
Atlanta, Georgia 30319
July 7, 2011



Clerk, United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Re: <u>Noel Bralley, et al. v. Mark A. Carey, et al.</u>; Civil Action No. 3:10-CV-00138-REP-DWD in the United States District Court for the Eastern District of Virginia, Richmond Division

Dear Sir or Madam:

Earlier this month I was served here in Georgia with a purported Order entered by the Court in the above-referenced action. As an initial matter, I apologize to this Court for any difficulty my relocating to Georgia has caused. It was my understanding that this case was over.

Please note that this is the first correspondence I have received in this matter. My address is 1360 Hampton Hall Drive, N. E., Atlanta, Georgia, 30319. Prior to that, I have not had a permanent address.

I was surprised by some of the content of the Order. I have not been attempting to evade or avoid service in this matter. Mr. Pittman has known how to reach me for quite some time now as he has my cell number and has called me in Georgia on at least two occasions but left no message. I fear there may have been a misrepresentation made to the Court.

I will gladly respond to whatever documents Mr. Pittman has for me and would request, respectfully, that they be sent to me at the above address.

Should you have any questions, please call me at (716) 880-0747.

Thank you for your assistance.

>
> Very truly yours,
>
> *[signature]*
>
> Mark A. Carey

MAC/vlw

cc: Mr. John Erbach

Clerk, United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

1360 Hampton Hall Road
Atlanta, Georgia 30319