### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,

Plaintiffs,

v.                                          Case No. 3:10-cv-138-REP

MARK A. CAREY, *et al.*

Defendants.

### PLAINTIFFS' FIRST SET OF POSTJUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MARK A. CAREY

The plaintiffs, by counsel, pursuant to Rule 69 of the Federal Rules of Civil Procedure, hereby propounds to the Defendant Mark A. Carey the following interrogatories and requests for production of documents, answers to which must be served within the time required by the Federal Rules of Civil Procedure.

### Definitions and Instructions

1.      Whenever an interrogatory asks for the description or identification of a document, such identification or description shall include, but not be limited to, the nature and contents thereof, the date thereof, the identification of the addressee, the identification of the author or endorser, and sufficient information to enable a party to identify it for purposes of a Request for Production of Documents or a Subpoena Duces Tecum.

2.      Whenever an interrogatory asks for the description or identification of a document, a copy of such document may be attached to the answer to the interrogatory rather than describing it in accordance with the foregoing definition.

3.      The term "person" shall include individual persons, firms, associations, partnerships, or corporation, Whenever a request is made for the name or identity of such a person, the answer shall state in addition to the full name of such person, his, her, or its present home and business addresses, and if that be not known, the answer shall so state and shall further state his or its last known address and the last known date he, she, or it resided or was located at those addresses.

4.      "You" or "your" is defined to include the party to whom this discovery is directed, his agents, representatives, attorneys, experts, investigators, insurers, or anyone acting on behalf of the foregoing.

5.      These interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information in the future.

### Interrogatories

1.      Please fully identify all property which is now or has been owned by you within the past three years, or in which you have or had a legal or equitable interest. In your identification, please state any encumbrances on such properties and the lienholders thereof. Include any property in which you hold rights and powers exercisable for its own benefit. Describe the property, state the nature of the interest in the property, state the current market value, identify any lien holder or secured claimant and the current amount of that lien, and state whether the property is owned by solely by you, and, if the property has a co-owner, identify the co-owner.

ANSWER:

Page 2

2.     If any property identified in your answer to Interrogatory No. 1 has been transferred, please identify the date of transfer, the transferee, and the consideration for the transfer.

**ANSWER:**

3.     Please identify each and every bank account in which you have funds, stating each account number, the nature of the account and the balance in the account.

**ANSWER:**

4.     List all personal property of any kind owned by you. Describe the property, state the nature of the interest in the property, state the current market value, identify any lien holder or secured claimant and the current amount of that lien, and state whether the property is owned by solely by you, and, if the property has a co-owner, identify the co-owner. Please itemize separately each of the following types of personal property:

a.     Cash.

b.     Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives (including any accounts closed

since February 29, 2008).  For each account or other financial instrument, state the financial institution, account number, entity or person in whose name the account is held, and signatories on the account.

c.   Security deposits with public utilities, telephone companies, landlords, and others. Audio, video, and computer equipment.  List precise location where each piece of equipment is currently located (by full street address).

d.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each.

e.   Annuities. Itemize and name each issuer.

f.   Stock and interests in incorporated and unincorporated businesses.  Itemize.

g.   Interests in partnerships or joint ventures. Itemize.

h.   Government and corporate bonds and other negotiable and non-negotiable instruments.

i.   Accounts receivable.

j.   Other liquidated debts owing to you, including tax refunds. Give particulars.

k.   Equitable or future interests and rights or powers exercisable for the benefit of you other than those responsive to Interrogatory No. 1 above.

l.   Patents, copyrights, and other intellectual property. Give particulars.

m.   Licenses, franchises, and other general intangibles. Give particulars.

n.   Mobile homes. List precise location (by full street address) and VIN.

o.   Automobiles, trucks, trailers, and other vehicles and accessories.  List precise location where vehicle is customarily parked (by full street address) and VIN.

p.   Boats, motors and accessories.  List precise location where boat is currently

harbored or stored (by full street address) and VIN.

q.   Aircraft and accessories.  List precise location where aircraft is currently hangared or stored (by full street address) and VIN. Office equipment, furnishings and supplies.  List precise location where each piece of equipment or each furnishing is currently located (by full street address).

r.   Machinery, fixtures, equipment and supplies used in business.  List precise location where each item is currently located (by full street address).

s.   Other personal property of any kind not already listed.  Itemize.  List precise location where each item is currently located (by full street address).

**ANSWER:**

5.   Please identify all transfers by you of any property identified in response to the preceding interrogatory, including but not limited to the date of such transfer, the identity of each transferee, and the consideration for each transfer.

**ANSWER:**

Page 5

6.      Please identify all persons or entities for whom you have performed or agreed, either orally or in writing, to perform any collection work since January 1, 2008, including any persons or entities as to whom there existed as of January 1, 2008 an agreement, either oral or in writing, to perform any collection work.

**ANSWER:**

7.      Please identify all persons or entities whose accounts The Law Offices of Mark A. Carey, P.C. has had in collection at any time since January 1, 2008, including in your response:

a.      the name of such person or entity,
b.      the home and employment addresses of such person or entity,
c.      the name and address of the creditor to whom the debt is owed,
d.      the name, address, and telephone number of your contact person or persons with the creditor,
e.      the amount of the debt assigned to or contracted to you for collection,
f.      the amount paid as of the date of your response, and
g.      the amount remaining due and owing as of the date of your response.

**ANSWER:**

8.      Identify all executory contracts and unexpired leases, describe the property and the nature of your interest.

**ANSWER:**

9.      If you hold a lien or security interest in any property, real or personal, describe it and state the amount of its secured claim.

**ANSWER:**


10.     For each real or personal property valued in excess of $25,000 that you owned, solely or jointly, as of January 1, 2006, which has been transferred since that date, please identify the asset, state the name of the person(s) or entit(ies) to which it was transferred, state the date of transfer, the purpose of the transfer, the value of the asset at the time of transfer, the consideration given to you, and the disposition of the proceeds of the transfer.

**ANSWER:**


11.     Identify all bookkeepers, accountants, tax preparers or financial advisors you employ currently or employed since January 1, 2006.

**ANSWER:**


12.     Identify by caption, case number and court all lawsuits in which you are or have been the plaintiff, where the lawsuit was filed on or after January 1, 2008, and state the current status or final resolution of each such lawsuit.

**ANSWER:**


Page 7

13.   State the full legal name, as well as any name by which the entity does business, for all businesses that you have had any involvement since January 1, 2006. For each business, state the date of incorporation, the state in which it is incorporated and identify all corporate officers at any time after January 1, 2006.

**ANSWER:**


14.   Identify all sources of income for you, forward from January 1, 2006. As applicable, state the exact name of any company and/or identify any person that pays money to you. For regularly received sources of income, state the date(s) on which the monies customarily are sent to you and identify the account into which the monies are deposited. For each account, state the financial institution, account number, person or entity in whose name the account is held and signatories on the account.

**ANSWER:**


15.   If you have an account with Western Union, state the account number.

**ANSWER:**


16.   For each insurance policy that potentially covers any of the amounts awarded in this lawsuit, state the name and address of the insurance company that issued the policy and the policy number.

**ANSWER:**

### Request for Production of Documents

In accordance with Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff requests that the Defendant produce, within thirty (30) days after service hereof, at The Law Office of Dale W. Pittman, P.C. the following:

1.      All documents identified in response to the preceding interrogatories.

**RESPONSE:**

2.      All statements issued since January 1, 2008, by any banking or savings institution showing the fund held in those institutions by you.

**RESPONSE:**

3.      All tax returns filed by you with the United States and any state in the United States since January 1, 2006.

**RESPONSE:**

4.      All documents showing the names and addresses of all debtors whose accounts you have had in collection at any time since January 1, 2008, and amounts paid to date and amounts remaining due and owing as to each debtor.

**RESPONSE:**

5.    All statements sent by you to each and every one of the persons or entities for whom you have performed or agreed to perform any collection work since January 1, 2008.

**RESPONSE:**

6.    The deed to any real property in which you have any degree of legal or equitable ownership interest.

**RESPONSE:**

7.    The titles to any motor vehicles in which you have any degree of ownership interest.

**RESPONSE:**

8.    All documents evidencing ownership of assets for all assets responsive to the above interrogatories.

**RESPONSE:**

9.    All documents that record or define any interest you have in any real property, including but not limited to, deeds, liens or leases.

**RESPONSE:**

10.     All appraisals, market analysis or other documents prepared for the purpose of providing a property valuation, for any of the real properties responsive to the above interrogatories.

**RESPONSE:**

11.     All insurance policies in which you have an interest.

**RESPONSE:**

12.     All stock certificates or bond certificates you have an interest.

**RESPONSE:**

13.     All title certificates for any mobile homes, automobiles, trucks, trailers, boats, motors, aircraft or other vehicles owned by you, either solely or jointly.

**RESPONSE:**

14.     All documents that show the transfers that are responsive to Interrogatory No. 10 above.

**RESPONSE:**

15.     All bookkeeping documents that show, since February 29, 2008, your accounts
receivable, its payments to owners or corporate officers and its profits.

**RESPONSE:**


16.     The declaration pages and any amendments for each insurance policy responsive to
Interrogatory No. 16 above.

**RESPONSE:**


                                        Respectfully submitted,
                                        Noel Bralley
                                        Carolyn Bralley
                                        Braxton Bralley
                                        By Counsel


By: Dale W. Pittman, VSB#15673
Counsel for Noel Bralley, Carolyn Bralley
and Braxton Bralley
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com


                         Page 12

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ 8th _____ day of November, 2010, I sent the foregoing electronically and by U.S. Mail, postage prepaid, to the following:

> Robert R. Musick, VSB No. 48601
> *Thompson*McMullan, P.C.
> 100 Shockoe Slip
> Third Floor
> Richmond, Virginia 23219
>
> Counsel for Defendants Mark A. Carey and
> The Law Offices of Mark A. Carey, P.C.

Dale W. Pittman

Page 13

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,

Plaintiffs,

v.                                                    Case No. 3:10-cv-138-REP

MARK A. CAREY, *et al.*

Defendants.

### PLAINTIFFS' FIRST SET OF POSTJUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THE LAW OFFICES OF MARK A. CAREY, P.C.

The plaintiffs, by counsel, pursuant to Rule 69 of the Federal Rules of Civil Procedure, hereby propounds to the Defendant The Law Offices of Mark A. Carey, P.C. the following interrogatories and requests for production of documents, answers to which must be served within the time required by the Federal Rules of Civil Procedure.

### Definitions and Instructions

1.      Whenever an interrogatory asks for the description or identification of a document, such identification or description shall include, but not be limited to, the nature and contents thereof, the date thereof, the identification of the addressee, the identification of the author or endorser, and sufficient information to enable a party to identify it for purposes of a Request for Production of Documents or a Subpoena Duces Tecum.

Page 1

2.     Whenever an interrogatory asks for the description or identification of a document, a copy of such document may be attached to the answer to the interrogatory rather than describing it in accordance with the foregoing definition.

3.     The term "person" shall include individual persons, firms, associations, partnerships, or corporation, Whenever a request is made for the name or identity of such a person, the answer shall state in addition to the full name of such person, his, her, or its present home and business addresses, and if that be not known, the answer shall so state and shall further state his or its last known address and the last known date he, she, or it resided or was located at those addresses.

4.     "You" or "your" is defined to include the party to whom this discovery is directed, his agents, representatives, attorneys, experts, investigators, insurers, or anyone acting on behalf of the foregoing.

5. .   These interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information in the future.

### Interrogatories

1.     Please fully identify all property which is now or has been owned by The Law Offices of Mark A. Carey, P.C. within the past two years, or in which The Law Offices of Mark A. Carey, P.C. has or had a legal or equitable interest. In your identification, please state any encumbrances on such properties and the lienholders thereof. Include any property in which The Law Offices of Mark A. Carey, P.C. holds rights and powers exercisable for its own benefit. Describe the property, state the nature of the interest in the property, state the current market value, identify any lien holder or secured claimant and the current amount of that lien, and state whether

the property is owned by solely by The Law Offices of Mark A. Carey, P.C., and, if the property

has a co-owner, identify the co-owner.

**ANSWER:**

2.      If any property identified in your answer to Interrogatory No. 1 has been

transferred, please identify the date of transfer, the transferee, and the consideration for the

transfer.

**ANSWER:**

3.      Please identify each and every bank account in which The Law Offices of Mark A.

Carey, P.C. has funds, stating each account number, the nature of the account and the balance in

the account.

**ANSWER:**

4.      List all personal property of any kind owned by The Law Offices of Mark A. Carey,

P.C. Describe the property, state the nature of the interest in the property, state the current market

value, identify any lien holder or secured claimant and the current amount of that lien, and state

Page 3

whether the property is owned by solely by The Law Offices of Mark A. Carey, P.C., and, if the property has a co-owner, identify the co-owner. Please itemize separately each of the following types of personal property:

a.   Cash.

b.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives (including any accounts closed since February 29, 2008). For each account or other financial instrument, state the financial institution, account number, entity or person in whose name the account is held, and signatories on the account.

c.   Security deposits with public utilities, telephone companies, landlords, and others. Audio, video, and computer equipment. List precise location where each piece of equipment is currently located (by full street address).

d.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.

e.   Annuities. Itemize and name each issuer.

f.   Stock and interests in incorporated and unincorporated businesses. Itemize.

g.   Interests in partnerships or joint ventures. Itemize.

h.   Government and corporate bonds and other negotiable and non-negotiable instruments.

i.   Accounts receivable.

j.   Other liquidated debts owing to The Law Offices of Mark A. Carey, P.C., including tax refunds. Give particulars.

k.   Equitable or future interests and rights or powers exercisable for the benefit of The Law Offices of Mark A. Carey, P.C. other than those responsive to Interrogatory No. 1 above.

l.   Patents, copyrights, and other intellectual property. Give particulars.

m.   Licenses, franchises, and other general intangibles. Give particulars.

n.   Mobile homes.  List precise location (by full street address) and VIN.

o.   Automobiles, trucks, trailers, and other vehicles and accessories.  List precise location where vehicle is customarily parked (by full street address) and VIN.

p.   Boats, motors and accessories.  List precise location where boat is currently harbored or stored (by full street address) and VIN.

q.   Aircraft and accessories.  List precise location where aircraft is currently hangared or stored (by full street address) and VIN. Office equipment, furnishings and supplies.  List precise location where each piece of equipment or each furnishing is currently located (by full street address).

r.   Machinery, fixtures, equipment and supplies used in business. List precise location where each item is currently located (by full street address).

s.   Other personal property of any kind not already listed.  Itemize.  List precise location where each item is currently located (by full street address).

**ANSWER:**

5.     Please identify all transfers by The Law Offices of Mark A. Carey, P.C. of any property identified in response to the preceding interrogatory, including but not limited to the date of such transfer, the identity of each transferee, and the consideration for each transfer.

**ANSWER:**

.

6.     Please identify all persons or entities for whom you have performed or agreed, either orally or in writing, to perform any collection work since January 1, 2008, including any persons or entities as to whom there existed as of January 1, 2008 an agreement, either oral or in writing, to perform any collection work.

**ANSWER:**

7.     Please identify all persons or entities whose accounts The Law Offices of Mark A. Carey, P.C. has had in collection at any time since January 1, 2008, including in your response:

    a.     the name of such person or entity,
    b.     the home and employment addresses of such person or entity,
    c.     the name and address of the creditor to whom the debt is owed,
    d.     the name, address, and telephone number of your contact person or persons with the creditor,
    e.     the amount of the debt assigned to or contracted to you for collection,
    f.     the amount paid as of the date of your response, and
    g.     the amount remaining due and owing as of the date of your response.

**ANSWER:**

8.    Identify all executory contracts and unexpired leases, describe the property and the nature of The Law Offices of Mark A. Carey, P.C.'s interest.

**ANSWER:**


9.    If The Law Offices of Mark A. Carey, P.C. holds a lien or security interest in any property, real or personal, describe it and state the amount of its secured claim.

**ANSWER:**


10.   For each real or personal property valued in excess of $25,000 that The Law Offices of Mark A. Carey, P.C. owned, solely or jointly, as of September 28, 2009, which has been transferred since that date, please identify the asset, state the name of the person(s) or entit(ies) to which it was transferred, state the date of transfer, the purpose of the transfer, the value of the asset at the time of transfer, the consideration given to The Law Offices of Mark A. Carey, P.C., and the disposition of the proceeds of the transfer.

**ANSWER:**


11.   Identify all bookkeepers, accountants, tax preparers or financial advisors The Law Offices of Mark A. Carey, P.C. employs currently or employed since September 28, 2009.

**ANSWER:**

12.     Identify by caption, case number and court all lawsuits in which The Law Offices of Mark A. Carey, P.C. is or has been the plaintiff, where the lawsuit was filed on or after January 1, 2008, and state the current status or final resolution of each such lawsuit.

**ANSWER:**


13.     State the full legal name, as well as any name by which the entity does business, for all businesses that The Law Offices of Mark A. Carey, P.C. has had any involvement since January 1, 2008. For each business, state the date of incorporation, the state in which it is incorporated and identify all corporate officers at any time after January 1, 2008.

**ANSWER:**


14.     Identify all sources of income for The Law Offices of Mark A. Carey, P.C., forward from January 1, 2008. As applicable, state the exact name of any company and/or identify any person that pays money to The Law Offices of Mark A. Carey, P.C. For regularly received sources of income, state the date(s) on which the monies customarily are sent to The Law Offices of Mark A. Carey, P.C. and identify the account into which the monies are deposited. For each account, state the financial institution, account number, person or entity in whose name the account is held and signatories on the account.

**ANSWER:**


Page 8

15.    If The Law Offices of Mark A. Carey, P.C. has an account with Western Union, state the account number.

**ANSWER:**


16.    For each insurance policy that potentially covers any of the amounts awarded in this lawsuit, state the name and address of the insurance company that issued the policy and the policy number.

**ANSWER:**


## Request for Production of Documents

In accordance with Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff requests that the Defendant produce, within thirty (30) days after service hereof, at The Law Office of Dale W. Pittman, P.C. the following:

1.    All documents identified in response to the preceding interrogatories.

**RESPONSE:**


2.    All statements issued since January 1, 2008, by any banking or savings institution showing the fund held in those institutions by The Law Offices of Mark A. Carey, P.C.

**RESPONSE:**


Page 9

3.     All tax returns filed by The Law Offices of Mark A. Carey, P.C. with the United States and the State of New York since January 1, 2008.

**RESPONSE:**

4.     All documents showing the names and addresses of all debtors whose accounts The Law Offices of Mark A. Carey, P.C. has had in collection at any time since January 1, 2008, and amounts paid to date and amounts remaining due and owing as to each debtor.

**RESPONSE:**

5.     All statements sent by The Law Offices of Mark A. Carey, P.C. to each and every one of the persons or entities for whom you have performed or agreed to perform any collection work since January 1, 2008.

**RESPONSE:**

6.     The deed to any real property in which The Law Offices of Mark A. Carey, P.C. has any degree of legal or equitable ownership interest.

**RESPONSE:**

7.      The titles to any motor vehicles in which The Law Offices of Mark A. Carey, P.C. has any degree of ownership interest.

**RESPONSE:**

8.      All documents evidencing ownership of assets for all assets responsive to the above interrogatories.

**RESPONSE:**

9.      All documents that record or define any interest The Law Offices of Mark A. Carey, P.C. has in any real property, including but not limited to, deeds, liens or leases.

**RESPONSE:**

10.     All appraisals, market analysis or other documents prepared for the purpose of providing a property valuation, for any of the real properties responsive to the above interrogatories.

**RESPONSE:**

Page 11

11.    All insurance policies in which The Law Offices of Mark A. Carey, P.C. has an interest.

   **RESPONSE:**

12.    All stock certificates or bond certificates in The Law Offices of Mark A. Carey, P.C. has an interest.

   **RESPONSE:**

13.    All title certificates for any mobile homes, automobiles, trucks, trailers, boats, motors, aircraft or other vehicles owned by The Law Offices of Mark A. Carey, P.C., either solely or jointly.

   **RESPONSE:**

14.    All documents that show the transfers that are responsive to Interrogatory No. 10 above.

   **RESPONSE:**

Page 12

15.   All bookkeeping documents that show, since February 29, 2008, The Law Offices of Mark A. Carey, P.C.'s accounts receivable, its payments to owners or corporate officers and its profits.

**RESPONSE:**

16.   The declaration pages and any amendments for each insurance policy responsive to Interrogatory No. 16 above.

**RESPONSE:**

Respectfully submitted,
Noel Bralley
Carolyn Bralley
Braxton Bralley
By Counsel

By: Dale W. Pittman, VSB#15673
Counsel for Noel Bralley, Carolyn Bralley
and Braxton Bralley
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Page 13

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of November, 2010, I sent the foregoing electronically and by U.S. Mail, postage prepaid, to the following:

Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219

Counsel for Defendants Mark A. Carey and
The Law Offices of Mark A. Carey, P.C.

_____
Dale W. Pittman

Page 14