THE LAW OFFICE OF
# DALE W. PITTMAN, P.C.

THE ELIZA SPOTSWOOD HOUSE
112-A WEST TABB STREET
PETERSBURG, VIRGINIA 23803-3212
TELEPHONE (804) 861-6000
FACSIMILE (804) 861-3368

DALE W. PITTMAN
dale@pittmanlawoffice.com

July 25, 2011

**By Email and U.S. Mail**

The Honorable Dennis W. Dohnal
United States District Court
701 E. Broad Street
Richmond, Virginia 23219-3528

    **Re: Noel Bralley, et al. v. Mark A. Carey, et al., Civil Action No. 3:10cv138**

Dear Judge Dohnal:

    In line with the teleconference of this afternoon in the captioned matter, enclosed please find copies of the discovery requests heretofore propounded to the Defendants in aid of Plaintiffs' efforts to collect on the judgment entered in favor of the Plaintiffs by this Court on November 12, 2010.

    Thank you for the Court's consideration in this regard.

                                  Respectfully yours,

                                  Dale W. Pittman

Enclosures

Copies to:   Noel Bralley
              Carolyn Bralley
              Braxton J. Bralley
              Mark A. Carey, Esquire
                  1360 Hampton Hall Road
                  Atlanta, GA 30319