**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
AUG 30 2011

| | |
|---|---|
| NOEL BRALLEY, CAROLYN ) <br> BRALLEY and BRAXTON ) <br> BRALLEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARK A. CAREY, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> NO. 3:10-CV-138-REP |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with the foregoing Defendant Law Offices of Mark A. Carey, P.C.'s Response to Plaintiffs' First Set of Postjudgment Interrogatories and Request for Production of Documents to Defendant The Law Offices of Mark A. Carey, P.C. via email, properly addressed as follows:

> Dale W. Pittman
> 112-A West Tabb Street
> Petersburg, Virginia 23803
> dale@pittmanlawoffice.com

23

This 23rd day of August, 2011.

                                    /s/ Mary A. Carey
                                    MARK A. CAREY
                                    Pro Se

1000 McCoy Drive
Conyers, Georgia 30094
(716) 880-0747

**FedEx®**

FedEx Ship Manager - Print Your Label(s)

For FedEx Express® Shipments Only

Contents should be compatible with the container and packaging

From: (404) 579-5220
Mark Carey
1000 McCoy Drive
Conyers, GA 30094

Origin ID: MULA

Ship Date: 29AUG11
ActWgt: 0.5 LB
CAD: 102762305/INET3180

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

SHIP TO: (404) 579-5220         BILL SENDER
ATTENTION: PRO SE DIVISION
United States District Court
701 East Broad Street

Richmond, VA 23219

TUE - 30 AUG A1
STANDARD OVERNIGHT

23219
VA-US
RIC

TRK# 7951 2883 9268
     0201

XH GVEA