UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,

            Plaintiffs,

v.                                        Case No. 3:10-cv-138-REP-DWD

MARK A. CAREY, *et al*.

            Defendants.

### PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING AND MEMORANDUM IN SUPPORT

### MOTION FOR CONTINUACE

Plaintiffs, by counsel, hereby move the Court for continuance of the show cause hearing scheduled for November 3, 2011, by reason of the following:

1. Counsel for Plaintiffs has a prior long standing commitment in Chicago on November 3, 2011.

2. Counsel for Plaintiffs leaves for same on November 2.

3. Counsel for Plaintiffs accordingly requests that the Court reschedule the November 3 show cause hearing to another date.

### MEMORANDUM IN SUPPORT

The grant or denial of a motion for a continuance is a matter which lies within the sound discretion of the court. See *Ungar v. Sarafite*, 376 U.S. 575, 589, 11 L. Ed. 2d 921, 84 S. Ct. 841 (1964); *United States v. Schembari*, 484 F.2d 931, 934 (4th Cir.1973). Counsel for Plaintiffs

typically has lots of "availability" on his calendar and would expect it to be easy for another date to be set either before or after November 3, 2011, as the Court may see fit.

**WHEREFORE**, Plaintiffs, by counsel, respectfully request that this Court reschedule the show cause hearing for a date other than November 3, 2011.

                                                                Respectfully submitted,
                                                                Noel Bralley
                                                                Carolyn Bralley
                                                               Braxton Bralley
                                                               By Counsel

\_\_/s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Noel Bralley, Carolyn Bralley
and Braxton Bralley
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and hereby certify that I will mail the document by U.S. mail to the following non-filing users:

        Mark A. Carey, Esquire
        The Law Offices of Mark A. Carey, P.C.
        1000 McCoy Drive
        Conyers, GA 30094

    /s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Noel Bralley, Carolyn Bralley
and Braxton Bralley
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com