IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOEL BRALLEY,
et al.,

    Plaintiffs,

v.                       Civil Action No. 3:10cv138

MARK A CAREY,
et al.,

    Defendants.

## ORDER

Having considered the PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING AND MEMORANDUM IN SUPPORT (Docket No. 63), and for good cause shown, it is hereby ORDERED that the PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING is granted. It is further ORDERED that the show cause hearing scheduled for 3:30 November 3, 2011 is rescheduled to 2:30 p.m. October 28, 2011.

The Clerk is directed to send a copy of this Order to the defendants at their address of record. Mr. Pittman also shall assure that a copy of this ORDER is sent to the defendants.

It is so ORDERED.

                                  /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: September 22, 2011