IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOEL BRALLEY,
et al.,

    Plaintiffs,

v.                                                     Civil Action No. 3:10cv138

MARK A. CAREY,
et al.,

    Defendants.

## ORDER

Having reviewed the REPORT AND RECOMMENDATION (Docket No. 62) filed on September 16, 2011, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION (Docket No. 62) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that:

(1) PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS ASSOCIATED WITH COLLECTION OF THE JUDGMENT ENTERED AGAINST DEFENDANTS MARK A. CAREY AND THE LAW OFFICES OF MARK A. CAREY, P.C. (Docket No. 46) is granted;

(2) the plaintiffs are awarded a sum of $27,296.58; and

(3) the plaintiffs are granted leave to submit additional petitions for attorney's fees at the appropriate time if necessary.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011