UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOEL BRALLEY,
CAROLYN BRALLEY,
and
BRAXTON BRALLEY,
                Plaintiffs,

v.                              Case No. 3:10-cv-138-REP

MARK A. CAREY, *et al*.
                Defendants.

### MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF A FINDING OF CONTEMPT AGAINST DEFENDANTS

      Plaintiffs Noel Bralley, Carolyn Bralley and Braxton Bralley, by counsel, move the Court to strike Defendants' Mark A. Carey and The Law Offices of Mark A. Carey, P.C. response (ECF No. 76) to Plaintiff's Memorandum in Support of a Finding of Contempt against Defendants as being untimely filed. A memorandum supporting this Motion is filed concurrently herewith.

      WHEREFORE, Plaintiffs respectfully request that Defendants' Response be stricken from the record.

                                          Respectfully submitted,
                                          Noel Bralley
                                          Carolyn Bralley
                                          Braxton Bralley
                                          By Counsel

  /s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Noel Bralley, Carolyn Bralley
and Braxton Bralley
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and hereby certify that I will electronically send and mail the document by U.S. mail to the following non-filing users:

    Mark A. Carey, Esquire
    The Law Offices of Mark A. Carey, P.C.
    1000 McCoy Drive
    Conyers, GA 30094
    markcarylaw@ymail.com

             /s/_____
             By: Dale W. Pittman, VSB#15673
             Counsel for Noel Bralley, Carolyn Bralley
             and Braxton Bralley
             THE LAW OFFICE OF DALE W. PITTMAN, P.C.
             The Eliza Spotswood House
             112-A West Tabb Street
             Petersburg, VA 23803
             (804) 861-6000
             (804) 861-3368 (Fax)
             dale@pittmanlawoffice.com