Original





IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOEL BRALLEY, CAROLYN )
BRALLEY and BRAXTON )
BRALLEY, )
                                              )    CIVIL ACTION FILE
        Plaintiffs,                           )
                                              )    NO. 3:10-CV-138-REP
v.                                            )
                                              )
MARK A. CAREY, ET AL.,                        )
                                              )
        Defendants.                           )

### DEFENDANT LAW OFFICES OF MARK A. CAREY, P.C. AND DEFENDANT MARK A. CAREY'S NOTICE OF COMPLIANCE

COMES NOW Defendants Law Offices Of Mark A. Carey, P.C. and Mark

A. Carey ("Defendants"), and hereby show this Court that they have complied with

Plaintiffs' First Set Of Post Judgment Interrogatories And Request For Production

Of Documents To Defendants.

Defendants show that they supplemented each and every discovery request

propounded to them (some because it is required after discovery of new

information, and others out of an abundance of caution and for purposes of clarity)

and have, along with those responses, provided the following:

1) copies of <u>all</u> bank statements for <u>all</u> bank accounts in which Defendants had, or have accounts, whether open or closed, from 2008 up through and including November 30, 2011;

2) submitted copies of recently filed Federal tax returns for 2006, 2007, 2008, 2009 and 2010 and New York State returns for 2007, 2008, 2009 and 2010;

3) a signed copy of I.R.S. Tax Form 4506, propounded by Plaintiffs in Plaintiffs' Second Set of Postjudgment Requests For Production Of Documents To Defendant Mark A. Carey so that Mr. Pittman can obtain his own copies directly from the I.R.S.;

4) a copy of both the letter from Assistant District Attorney Brian Dassero and an Affidavit from Mr. Chet Dietz, an eyewitness to relevant facts and events at The Law Offices of Mark A. Carey, P.C.;

Defendants mailed the supplemental responses and all of the above-listed documentation to Mr. Pittman on December 6th, 2011, via regular, U.S. Mail. Submitted this 6th day of December, 2011.

Mark A. Carey, *Pro Se*



R767 7723 3228